No. 96–6906.  SULLIVAN v. METROPOLITAN LIFE INSURANCE Co.  C. A. 2d Cir.  Certiorari denied.

No. 96–6910.  QUINTANILLA v. CITY OF DOWNEY, CALIFORNIA, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 96–6911.  ROBERT v. FERREIRA.  C. A. 9th Cir.  Certiorari denied.

No. 96–6913.  TAPAR ET AL. v. COUNTY OF LOS ANGELES ET AL.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 96–6916.  CLAGETT v. VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 96–6918.  VEALE v. NEW HAMPSHIRE.  Sup. Ct. N. H.  Certiorari denied.

No. 96–6926.  FREY v. BOARD OF REGENTS OF THE UNIVERSITY OF WISCONSIN SYSTEM ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 96–6931.  GLENDORA v. WALSH ET AL.  App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Certiorari denied.

No. 96–6934.  STONE v. FARLEY, WARDEN, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 96–6937.  PETERSON v. FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 96–6941.  LAWSON v. FORDICE, GOVERNOR OF MISSISSIPPI, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 96–6942.  JONES v. MCGINNIS, DIRECTOR, MICHIGAN DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 96–6944.  DUBOIS v. NETHERLAND, WARDEN.  Sup. Ct. Va.  Certiorari denied.

No. 96–6948.  ARDELL v. STARK & STARK ET AL.  C. A. 3d Cir.  Certiorari denied.